IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN J. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cv-0239-MJR-DGW |
| | ) |
| JOSEPH L. DAVIS, and | ) |
| WERNER ENTERPRISES, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**REAGAN, Chief Judge:**

Pursuant to the parties' joint stipulation under Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 23) and the Court's Order acknowledging same (Doc. 24), this case has been dismissed with prejudice.

IT IS SO ORDERED.

DATED June 13, 2017

                                            JUSTINE FLANAGAN, Acting Clerk of Court
                                            *s/ Reid Hermann*
                                            Deputy Clerk

Approved: *s/ Michael J. Reagan*
Michael J. Reagan, U.S. District Judge